## Àlan R. Varley *v.* Nina B. Varley

The plaintiff's motion dated June 10, 1975, to dismiss the appeal from the Superior Court in Hartford County is denied.

*Joel M. Ellis,* for the appellee (plaintiff).
*Joseph B. Lukas,* for the appellant (defendant).

Argued October 7—decided October 7, 1975

## Armando Sebastiano *v.* Florence V. Corde et al.

The plaintiff's motion to dismiss the appeal of the defendant Edward F. Allen from the Court of Common Pleas in Fairfield County is denied.

*Vincent M. Zanella, Jr.,* for the appellee (plaintiff).
*Edward F. Allen,* pro se, the appellant (defendant).

Argued October 7—decided October 7, 1975

## Veronica Tanase *v.* Welfare Commissioner

The defendant's motion to dismiss the plaintiff's appeal from the Court of Common Pleas in Fairfield County is granted, it appearing that the plaintiff lacked standing to prosecute her appeals.

*Edward F. Reynolds, Jr.,* assistant attorney general, for the appellee (defendant).
*Richard McCarthy,* for the appellant (plaintiff).